THE STATE EX REL. BLACK, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Black v. Indus. Comm.* (1999), 85 Ohio St.3d 339.]

(No. 98–1320—Submitted February 23, 1999—Decided April 21, 1999.)

---

*Harris & Burgin L.P.A., Denise L. Devney* and *Andrea L. Burns,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.